UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW LANDRY, individually and on behalf of all others similarly situated**<br>    **Plaintiff**<br><br>**v.**<br><br>**PRIORITY 1 AIR RESCUE OPERATIONS, ARIZONA LP**<br>    **Defendant** | **DOCKET NO. 2:15-cv-6979-JTM-SS**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAGISTRATE JUDGE SALLY SHUSHAN** |

## ORDER OF PRELIMINARY APPROVAL

This case is before the Court for consideration of the JOINT MOTION FOR STIPULATED JUDGMENT PRELIMINARILY APPROVING SETTLEMENT AND RELEASE AGREEMENT [Doc. 18]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") [Doc. 18-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the JOINT MOTION FOR STIPULATED JUDGMENT

PRELIMINARILY APPROVING SETTLEMENT AND RELEASE AGREEMENT is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.

Consistent with the terms of the Agreement, Plaintiffs' Counsel shall send notice to the putative class members within twenty-one (21) calendar days of the entry of this Order after conferring with Defense counsel on the wording of the Notice. The putative class members shall have forty-five (45) days to file consents to participate in the case and the settlement with this Court. Following the 45-day opt-in period, the Court will schedule a Final Fairness Hearing, and the parties shall thereafter file a stipulation of dismissal with prejudice. Fees and costs shall be paid to Plaintiffs' counsel as set forth in the Agreement.

**SO ORDERED** this 7th day of March, 2016.

_____
JUDGE