UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW LANDRY, individually and on behalf of all others similarly situated**<br>    **Plaintiff**<br><br>**v.**<br><br>**PRIORITY 1 AIR RESCUE OPERATIONS, ARIZONA LP**<br>    **Defendant** | **DOCKET NO. 2:15-cv-6979-JTM-SS**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAGISTRATE JUDGE SALLY SHUSHAN** |

### CONSENT MOTION TO SET FAIRNESS HEARING OR, IN THE ALTERNATIVE, TO APPROVE THE FLSA SETTLEMENT AGREEMENT AND DISMISS THE CASE WITH PREJUDICE

COMES NOW Plaintiff Andrew Landry, with the consent of Defendant Priority 1 Air Rescue Operations, Arizona LP, by and through his undersigned counsel, and hereby files this Consent Motion to Set Fairness Hearing or, in the Alternative, to Approve the FLSA Settlement Agreement and Dismiss the Case with Prejudice. In support of the motion, Plaintiff states as follows:

1.

The Parties settled this FLSA Collective Action, and jointly submitted their proposed Settlement Agreement for the Court's approval on March 4, 2016 (Rec. Doc. No. 18).

2.

The Court preliminarily approved the Settlement Agreement on March 7, 2016 (Rec. Doc. No. 19), finding, *inter alia*, that the agreement was fair, adequate, and reasonable; that it was negotiated at arm's length; and that it provided for reasonable attorney fees and costs.

3.

The collective action class consists of 44 members, the majority of whom are current employees of the Defendant.  All members of the collective action class received notice during the opt-in period.  42 of the 44 opted into the collective action.  Only two people – both current employees of the defendant – did not join the collective action.

4.

By the terms of the settlement agreement, payments to the collective action class members will be made in 5 installments over 120 days, the first payment to be made within 7 days of the Court's final approval of the agreement.

For the foregoing reasons, the Plaintiff requests that the Court set this matter for a fairness hearing, or, in the alternative, that the Court give its final approval of the FLSA Settlement Agreement and DISMISS the action.

Respectfully Submitted:

**RHORER LAW FIRM**

*/s/ Alexander T. Reinboth*
S. Bradley Rhorer (No. 25487) (T.A.)
Alexander T. Reinboth (No. 34048)
10566 Airline Highway
Baton Rouge, LA 70816
Telephone: (225) 292-2767
Facsimile: (225) 292-2769
bradr@rhorerlaw.com
alexr@rhorerlaw.com

-and-

**ESTES DAVIS LAW, LLC**
Daniel B. Davis (No. 30141)
Randall E. Estes (No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
dan@estesdavislaw.com
randy@estesdavislaw.com

*Attorneys for Plaintiff Andrew Landry*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that that on this 4th day of May, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent through the Court's electronic filing system to all counsel of record.

      */s/ Alexander T. Reinboth*
      Alexander T. Reinboth