UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW LANDRY, individually and on behalf of all others similarly situated<br>    Plaintiff<br><br>v.<br><br>PRIORITY 1 AIR RESCUE OPERATIONS, ARIZONA LP<br>    Defendant | DOCKET NO. 2:15-cv-6979-JTM-SS<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

## ORDER SETTING FAIRNESS HEARING

This case is before the Court for consideration of the CONSENT MOTION TO SET FAIRNESS HEARING OR, IN THE ALTERNATIVE, TO APPROVE THE FLSA SETTLEMENT AGREEMENT AND DISMISS THE CASE WITH PREJUDICE (Rec. Doc. No. 22).  After reviewing the record and the consent motion, the Court enters the following Order:

The motion is hereby **GRANTED**.  The Court will conduct a Fairness Hearing regarding final approval of the Parties' settlement agreement.  The Fairness Hearing will take place on the 24th day of May, 2016 at 9:30 a.m.

**SO ORDERED** this 5th day of May, 2016.

_____
JANE TRICHE MILAZZO, DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA