MINUTE ENTRY
MILAZZO, J.
MAY 24, 2016

[JS-10: 00:15]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW LANDRY | CIVIL ACTION |
| VERSUS | NO. 15-6979 |
| PRIORITY 1 AIR RESCUE OPERATIONS, ARIZONA LP | SECTION "H"(1) |

**FAIRNESS HEARING**

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: TONI TUSA
LAW CLERK: EMMY SCHROETER

APPEARANCES:  BRADLEY RHORER, DANIEL DAVIS, RANDALL ESTES, FOR PLAINTIFFS
CHARLES F. SEEMANN, III, FOR DEFENDANT

Court begins at 9:30 A.M.
Counsel appear for the record.
The settlement of the parties is hereby APPROVED by the Court for reasons stated orally on the record.
This matter is DISMISSED WITH PREJUDICE.
Court adjourned at 9:45 A.M.